

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-mj-00761 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Carlos Antonio ARREOLA Magana, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about March 5, 2023, within the Southern District of California, Carlos Antonio ARREOLA Magana, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Ishmael Selga
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 6th of March 2023.

_____
HON MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On March 5, 2023, at approximately 10:15 PM, Carlos Antonio ARREOLA Magana, ("ARREOLA"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle pre-primary lane #34. ARREOLA was the driver and sole occupant of a 2015 Toyota Corolla ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the front bumper of the vehicle.

A U.S. Customs and Border Protection Officer (CBPO) received two negative customs declarations from ARREOLA. ARREOLA stated he was crossing the border to go to Rialto, CA.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the front bumper, rear bumper, dashboard area, and the rear quarter panels of the vehicle.

Further inspection of the vehicle resulted in the discovery of 140 packages in the quarter panels, seats, dashboard, rear passenger door, firewall and rear bumper, with a total approximate weight of 67.94 kgs (149.78 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

ARREOLA was placed under arrest at approximately 12:30 AM.

1

During a post-Miranda interview, ARREOLA said that he was going to be paid $5,000 USD to smuggle the narcotics into the United States. ARREOLA claimed to be driving the narcotics to a Walmart in San Diego, California.

ARREOLA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.